**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JAMES R. CONKLIN,

                Plaintiff,                21 **CIVIL** 8486 (JLC)

    -v-                                   **JUDGMENT**

KILOLO KIJAKAZI, ACTING
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 5, 2023, Conklin's motion is granted, the Commissioner's cross-motion is denied, and the case is remanded pursuant to sentence four of 42 U.S.C. § 405(g).

**Dated:**  New York, New York
            January 6, 2023

                                              **RUBY J. KRAJICK**

                                                    Clerk of Court

                        **BY:**      *K. Mango*

                                                    **Deputy Clerk**